LYNNE C. HERMLE (STATE BAR NO. 99779)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

ANDREA L. BROWN (STATE BAR NO. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 94815
Telephone: 1-916-329-7922
Facsimile: 1-916-329-4900

Attorneys for Defendant
HOME DEPOT, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>**DECLARATION OF CYNTHIA LANZA IN SUPPORT OF HOME DEPOT'S AMENDED NOTICE OF REMOVAL** |

OHS West:260718132.3

## DECLARATION OF CYNTHIA LANZA

I, Cynthia Lanza, hereby declare and state as follows:

1. I am a paralegal with Home Depot U.S.A., Inc. ("Home Depot") and have been employed by the company since April 2002. I have personal knowledge of the following facts and, if called and sworn as a witness, could testify competently thereto.

2. I researched and utilized Home Depot's intranet to search Home Depot's records in its Information Systems maintained in Atlanta, Georgia, as well as reviewed Home Depot's Form 10-K dated April 2, 2009, to obtain the following facts and figures.

3. Home Depot has a total of 2,241 Home Depot stores worldwide. Of these, 1,975 stores are located in the United States. Home Depot has stores in all fifty states, as well as the District of Columbia, Guam, Puerto Rico and the U.S. Virgin Islands. There are a total of 233 stores in California, 178 stores in Texas, and 153 stores in Florida. Thus, Home Depot has approximately 10.4 percent, 7.9 percent, and 6.8 percent of its total stores in California, Texas and Florida, respectively; and 11.8 percent, 9 percent, and 7.7 percent of its United States stores in California, Texas and Florida, respectively.

4. Home Depot's workforce consists of approximately 322,000 employees worldwide. Of this, approximately 287,607 employees work for Home Depot in the United States. Home Depot currently employs 36,863 employees in California, 24,607 employees in Texas, and 22,183 employees in Florida. Thus, 11.4 percent, 7.6 percent, and 6.9 percent of Home Depot's total workforce is located in California, Texas, and Florida, respectively; and 12.8 percent, 8.6 percent, and 7.7 percent of Home Depot's U.S. workforce is located in California, Texas, and Florida, respectively.

///
///

5. More than 5,800 of Home Depot's corporate employees work at Home Depot's headquarters in Atlanta, Georgia. This is the largest single group of employees in one Home Depot location.

6. Home Depot is incorporated in Delaware. Since its founding in 1978, Home Depot has maintained its executive offices in Georgia. Home Depot's finance, accounting, treasury, marketing, training, human resources, information systems, internal audit, and legal functions are all centralized in its Atlanta headquarters. Further, virtually all Home Depot's purchasing decisions are made from its executive offices in Georgia. Virtually all the members of Home Depot upper management have their offices in Atlanta. Finally, Atlanta is the site where all Home Depot's company-wide decisions and policies are made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Orange, California on August 28, 2009.

_____
CYNTHIA LANZA