1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA 94025
3  Telephone: 650-614-7400
   Facsimile: 650-614-7401
4
   ANDREA L. BROWN (STATE BAR NO. 237629)
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
6  Sacramento, CA 94815
   Telephone: 1-916-329-7922
7  Facsimile: 1-916-329-4900

8
   Attorneys for Defendant
9  HOME DEPOT, U.S.A., INC.

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13 | ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,, | CASE NO. CV 09-5843 SJO (JCx)
14 |
15 |    Plaintiffs, | **SUPPLEMENTAL DECLARATION OF DAVID RICHA IN SUPPORT OF HOME DEPOT'S AMENDED NOTICE OF REMOVAL**
16 | v.
17 |
18 | HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,
19 |
20 |    Defendants.

OHS West:260718548.1

## SUPPLEMENTAL DECLARATION OF DAVID RICHA

I, David Richa, hereby declare and state as follows:

1. I am the Director, Financial Reporting for Home Depot U.S.A., Inc. ("Home Depot" or the "Company"). I have been employed by the Company since 2005. My office is in Home Depot's corporate headquarters located in Atlanta, Georgia. In my capacity as Director, Financial Reporting I have knowledge of and access to information concerning Home Depot's gross revenue from any one state. I have personal knowledge of the following facts and, if called and sworn as a witness, could testify competently thereto.

2. I executed a detailed declaration setting forth the percentages of Home Depot's gross revenue and net sales in the states of California, Florida and Texas. This declaration contains confidential information, and I understand that Home Depot is attempting to file this detailed declaration under seal. I understand that Home Depot will submit this supplemental declaration in case the Court denies Home Depot's Motion to Seal and thus returns my more detailed and confidential declaration to Home Depot.

3. The vast majority of Home Depot's income does not come from California.

4. The vast majority of Home Depot's sales (*i.e.*, its production activity) do not come from California.

5. Home Depot does not derive the majority of its gross revenue or net sales from any one state. In fact, less than 15 percent of Home Depot's gross revenue or net sales for 2008 were generated in any one state.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Atlanta, Georgia on August 28, 2009.

DAVID RICHA

OHS West:260718548.1    - 1 -    SUPP. DEC. OF DAVID RICHA I/S/O
HOME DEPOT'S AM. NOTICE OF REMOVAL