```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  1000 Marsh Road
    Menlo Park, CA 94025
 3  Telephone: 650-614-7400
    Facsimile: 650-614-7401
 4
    ANDREA L. BROWN (STATE BAR NO. 237629)
 5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
 6  Sacramento, CA 94815
    Telephone: 1-916-329-7922
 7  Facsimile: 1-916-329-4900

 8
    Attorneys for Defendant
 9  HOME DEPOT, U.S.A., INC.

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12
13
14  ARECELI MENDOZA and KYLE            CASE NO. CV 09-5843 SJO (JCx)
    DIAMOND, individually and on behalf
15  of themselves and all others similarly  SUPPLEMENTAL
    situated,,                              DECLARATION OF MICHAEL
16                                          J. THOMPSON IN SUPPORT
              Plaintiffs,                   OF HOME DEPOT'S
17                                          AMENDED NOTICE OF
         v.                                 REMOVAL
18
    HOME DEPOT, U.S.A., INC., a
19  Delaware corporation, and DOES 1-50
    inclusive,
20
              Defendants.
21
22
23
24
25
26
27
28
    OHS West:260718470.1
```

## SUPPLEMENTAL DECLARATION OF MICHAEL J. THOMPSON

I, Michael J. Thompson, hereby declare and state as follows:

1. I have been employed as a Manager in the Real Estate Accounting Department of Home Depot U.S.A., Inc. ("Home Depot") for over three years. My job duties in Home Depot's Real Estate Accounting Department include generating reports on the fixed assets. My office is in Home Depot's corporate headquarters located in Atlanta, Georgia. I have personal knowledge of the following facts and, if called and sworn as a witness, could testify competently thereto.

2. I executed a detailed declaration setting forth the percentages of Home Depot's tangible property value in the states of Georgia, California, Florida, New York and Texas. This declaration contains confidential information, and I understand that Home Depot is attempting to file this detailed declaration under seal. I understand that Home Depot will submit this supplemental declaration in case the Court denies Home Depot's Motion to Seal and thus returns my more detailed and confidential declaration to Home Depot.

3. The vast majority of Home Depot's tangible property is not located in California.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Atlanta, Georgia, on August 28, 2009.

*[signature]*

MICHAEL J. THOMPSON

OHS West:260718470.1                  - 1 -                SUPP. DECL. OF MICHAEL J. THOMPSON IN
                                                           SUPPORT OF HOME DEPOT'S AMENDED NOTICE
                                                           OF REMOVAL