*lodged proposed order*

LYNNE C. HERMLE (STATE BAR NO. 99779)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
abrown@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 94815
Telephone: 1-916-329-7922
Facsimile: 1-916-329-4900

Attorneys for Defendant
HOME DEPOT, U.S.A., INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>**HOME DEPOT, U.S.A., INC.'S NOTICE OF APPLICATION AND APPLICATION TO SEAL DECLARATIONS IN SUPPORT OF AMENDED NOTICE OF REMOVAL** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Home Depot, U.S.A., Inc. ("Home Depot") hereby seeks to permanently seal the Declaration of David Richa In Support of Home Depot's Amended Notice of Removal and the Declaration of Michael J. Thompson In Support of Home Depot's Amended Notice of Removal.

/ / /

/ / /

This application is made pursuant to Civil L.R. 79-5.1 on the grounds that these documents contain confidential information and their dissemination to the public has the potential to harm Home Depot.

This application is based on this notice of application and application, the accompanying memorandum of points and authorities, the accompanying declarations of Erika Strawn and Stacy Ingram, the pleadings and papers lodged and on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

Dated: August 28, 2009

LYNNE C. HERMLE
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP

_____
ANDREA L. BROWN
Attorneys for Defendant
HOME DEPOT, U.S.A., INC.