1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA 94025
3  Telephone: 650-614-7400
   Facsimile: 650-614-7401
4  abrown@orrick.com
   ANDREA L. BROWN (STATE BAR NO. 237629)
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
6  Sacramento, CA 94815
   Telephone: 1-916-329-7922
7  Facsimile: 1-916-329-4900

8
   Attorneys for Defendant
9  HOME DEPOT, U.S.A., INC.

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  ARECELI MENDOZA and KYLE           CASE NO. CV 09-5843 SJO (JCx)
    DIAMOND, individually and on behalf
14  of themselves and all others similarly   DECLARATION OF ERIKA
    situated,,                               STRAWN IN SUPPORT OF
15                                           HOME DEPOT'S
            Plaintiffs,                      APPLICATION TO SEAL
16                                           DECLARATIONS IN SUPPORT
        v.                                   OF AMENDED NOTICE OF
17                                           REMOVAL
    HOME DEPOT, U.S.A., INC., a
18  Delaware corporation, and DOES 1-50
    inclusive,
19
            Defendants.
20

21

22

23

24

25

26

27

28
    OHS West:260718159.1

## DECLARATION OF ERIKA STRAWN

I, Erika Strawn, hereby declare and state as follows:

1. I am a Senior Attorney for Business Operations with Home Depot U.S.A., Inc. ("Home Depot") and have been employed by the company since September 2002. I have personal knowledge of the following facts and, if called and sworn as a witness, could testify competently thereto.

2. I have reviewed the Declaration of Michael J. Thompson In Support of Home Depot's Amended Notice of Removal (the "Thompson Declaration"), and am familiar with its contents. The Thompson Declaration details the percentage of Home Depot's tangible property in various states. I have also reviewed Home Depot's Form 10-K dated April 2, 2009.

3. General property value information regarding Home Depot is available from the Company's public filings. Beyond the information available from Home Depot's public filings, Home Depot maintains its property information in a confidential manner.

4. The Company considers the property information in the Thompson Declaration confidential. Even with the Company, dissemination of this information is restricted and limited only with those who have a business reason to know the information.

5. Disclosure of Home Depot's confidential property value information broken down by various states reveals the manner in which Home Depot values its property. Disclosure of this valuation risks both competitive and financial harm to Home Depot.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Orange, California on August 28 2009.

ERIKA STRAWN

OHS West:260718159.1          - 1 -          DEC. OF ERIKA STRAWN ISO HOME DEPOT'S APPLICATION TO SEAL