LYNNE C. HERMLE (STATE BAR NO. 99779)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
abrown@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 94815
Telephone: 1-916-329-7922
Facsimile: 1-916-329-4900

Attorneys for Defendant
HOME DEPOT, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>DECLARATION OF STACY INGRAM IN SUPPORT OF HOME DEPOT'S APPLICATION TO SEAL DECLARATIONS IN SUPPORT OF AMENDED NOTICE OF REMOVAL |

OHS West:260718174.2

## DECLARATION OF STACY INGRAM

I, Stacy Ingram, hereby declare and state as follows:

1. I am Senior Counsel in Home Depot U.S.A., Inc.'s ("Home Depot") Corporate Legal Department and have been employed by the company since April 2009. I have personal knowledge of the following facts and, if called and sworn as a witness, could testify competently thereto.

2. I have reviewed the Declaration Of David Richa In Support Of Home Depot's Amended Notice of Removal ("Richa Removal Declaration"), and am familiar with its contents. In Paragraphs 3 through 5 of the Richa Removal Declaration, Mr. Richa details Home Depot's gross revenue and net sales figures for 2008 by various states. General financial information regarding Home Depot and its parent company, The Home Depot, Inc. (collectively, the "Company"), is available from their public filings. Beyond the information available from the public filings, Home Depot maintains its financial information in a confidential manner.

3. The Company considers the financial information in the Richa Declaration confidential. Even with the Company, dissemination of this information is restricted and limited only with those who have a business reason to know the information.

4. Disclosure of Home Depot's confidential financial information broken down by various states (as set forth in Paragraphs 3 through 5 of the Richa Removal Declaration) provides information and insight as to how Home Depot focuses and organizes its business, i.e., its business strategy. Disclosure of this strategy risks both competitive and financial harm to Home Depot.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Orange, California on August 28, 2009.

_____
Stacy Ingram

DEC. OF STACY INGRAM I/S/O HOME DEPOT'S
APPLICATION TO SEAL

OHS West:260718174.2

- 1 -