MARK J. TAMBLYN (STATE BAR NO. 179272)
IAN J. BARLOW (STATE BAR NO. 262213)
**WEXLER WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: 916-492-1100
Facsimile: 916-492-1124

[Additional Counsel Listed on Signature Page]

Attorneys for *Plaintiffs*

LYNNE C. HERMLE (STATE BAR NO. 99779)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

[Additional Counsel Listed on Signature Page]

Attorneys for *Defendant*
HOME DEPOT, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>        Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>**[PROPOSED] ORDER RE STIPULATION AND PROTECTIVE ORDER RE USE OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

1

## **ORDER**

2          Pursuant to Stipulation, the use of confidential documents and

3     information in this matter is governed by the Protective Order.

4

5     Dated: _____

6

7                                    _____

8                                             S. James Otero
                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28