1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Telephone:  650-614-7400
   Facsimile:   650-614-7401
4
5  SARA E. DIONNE (STATE BAR NO. 221326)
   ANDREA L. BROWN (STATE BAR NO. 237629)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
7  Sacramento, CA 94815
   Telephone:  1-916-329-7922
   Facsimile:   1-916-329-4900
8
9  Attorneys for Defendant
   HOME DEPOT, U.S.A., INC.
10

11            UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,, | CASE NO. CV 09-5843 SJO (JCx) |
| 15 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT HOME DEPOT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 16              Plaintiffs, | |
| 17       v. | |
| 18  HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive, | Date:    January 11, 2010 |
| 19 | Time:    10:00 a.m. |
| 20              Defendants. | Room:   880 |

21

22

23

24

25

26

27

28

OHS West:260795774.1

1    Pursuant to Federal Rule of Evidence 201, Defendant Home Depot

2    U.S.A., Inc. ("Home Depot") respectfully requests that the Court take judicial

3    notice of certain documents in connection with Defendant Home Depot's

4    Opposition to Plaintiffs' Motion For Class Certification.  The Court may take

5    judicial notice of any fact that is "not subject to reasonable dispute in that it is either

6    (1) generally known within the territorial jurisdiction of the trial court or (2)

7    capable of accurate and ready determination by resort to sources whose accuracy

8    cannot reasonably be questioned." Fed. R. Evid. 201(b).  A court shall take judicial

9    notice if requested by a party and supplied with the necessary information.  Fed. R.

10   Evid. 201(d).  The following documents, which accompany Defendant Home

11   Depot's Opposition To Plaintiffs' Motion For Class Certification, are capable of

12   accurate and ready determination by sources whose accuracy cannot be reasonably

13   questioned.  *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts

14   are indisputable, and thus subject to judicial notice, only if they are either 'generally

15   known'…or 'capable of accurate and ready determination by resort to sources

16   whose accuracy cannot be reasonably questioned . . . . '").

17   Home Depot hereby requests the Court to take judicial notice of the

18   following documents, Exhibits 1 through 3, true and correct copies of which are

19   attached:

20           1:      DOL Opinion Letter dated March 10, 2006.

21   United States Department of Labor Opinion Letters, are properly

22   subject to judicial notice pursuant to *Louie v. McCormick & Schmick Rest. Corp.*,

23   460 F. Supp. 2d 1153, 1155 n.4 (C.D. Cal. 2006) (taking judicial notice of opinion

24   letters issued by federal and state regulatory agencies); *United States v. Ritchie*, 342

25   F.3d 903, 909 (9th Cir. 2003)  (noting that courts may take judicial notice of public

26   records).

27

28

2:      Wage Order 4-2001.

An Industrial Wage Order, is properly subject to judicial notice pursuant to *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute."); *see also Ritchie*, 342 F.3d at 909 (noting that courts may take judicial notice of public records).

3:      DLSE Opinion Letter 2003.05.23

California Division of Labor Standards Enforcement Opinion Letters, are properly subject to judicial notice pursuant to *Jiminez v. Domino's Pizza, Inc.*, 238 F.R.D. 241, 246 (C.D. Cal. 2006) (taking judicial notice of a DLSE opinion letter).

For the foregoing reasons, Home Depot respectfully requests that this Court take judicial notice of Exhibits 1 through 3.


Dated:    December 28, 2009           LYNNE C. HERMLE
                                      SARA E. DIONNE
                                      ANDREA L. BROWN
                                      Orrick, Herrington & Sutcliffe LLP


                                      _____
                                      ANDREA L. BROWN
                                      Attorneys for Defendant
                                      HOME DEPOT, U.S.A., INC.