1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA 94025
3  Telephone: 650-614-7400
   Facsimile: 650-614-7401
4
   SARA E. DIONNE (STATE BAR NO. 221326)
5  ANDREA L. BROWN (STATE BAR NO. 237629)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  400 Capitol Mall, Suite 3000
   Sacramento, CA 94815
7  Telephone: 1-916-329-7922
   Facsimile: 1-916-329-4900
8

9  Attorneys for Defendant
   HOME DEPOT, U.S.A., INC.
10

11               UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>**APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF DEFENDANT HOME DEPOT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 11, 2010<br>Time: 10:00 a.m.<br>Room: 880 |
|---|---|

OHS West:260795790.1                           APPENDIX OF UNPUBLISHED AUTHORITIES

1        For the convenience of the Court, attached are true and correct copies
2  of unpublished decisions cited in Defendant Home Depot U.S.A., Inc.'s Opposition
3  to Plaintiffs' Motion For Class Certification, filed concurrently herewith.

4

5  *Cruz v. Dollar Tree Stores,* Nos. 07-2050 SC, 07-4012 SC,
   2009 WL 1458032 (N.D.Cal. May 26, 2009)..................................................... 1

6  *In re Home Depot Overtime Cases,* No. JCCP4229,
7     2006 WL 330169 (Cal. Super. Ct. App. Div. Feb 2, 2006)................................2

8  *In re Home Depot Overtime Cases,* No. E040215,
   2007 WL 4128093 (Cal. App. 4th, Nov. 21, 2007)............................................3

9  *Lanzarone v. Guardsmark Holdings, Inc.,* No. CV06-1136 RPLAX,
10    2006 WL 4393465 (C.D. Cal. Sept. 7, 2006)......................................................4

11 Dated:  December 28, 2009         LYNNE C. HERMLE
12                                    SARA E. DIONNE
                                      ANDREA L. BROWN
13                                    Orrick, Herrington & Sutcliffe LLP

14

15                                    _____
16                                         ANDREA L. BROWN
                                      Attorneys for Defendant
17                                    HOME DEPOT, U.S.A., INC.

OHS West:260795790.1                              APPENDIX OF UNPUBLISHED AUTHORITIES