```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  1000 Marsh Road
    Menlo Park, CA 94025
 3  Telephone:  650-614-7400
    Facsimile:  650-614-7401
 4
    SARA E. DIONNE (STATE BAR NO. 221326)
 5  ANDREA L. BROWN (STATE BAR NO. 237629)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 6  400 Capitol Mall, Suite 3000
    Sacramento, CA 94815
 7  Telephone:  1-916-329-7922
    Facsimile:  1-916-329-4900
 8

 9  Attorneys for Defendant
    HOME DEPOT, U.S.A., INC.
10
```

                        UNITED STATES DISTRICT COURT

                        CENTRAL DISTRICT OF CALIFORNIA

| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. CV 09-5843 SJO (JCx)<br><br>**DECLARATION OF ANDREA L. BROWN IN SUPPORT OF DEFENDANT HOME DEPOT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   January 11, 2010<br>Time:   10:00 a.m.<br>Room:   880 |
|---|---|

OHS West:260795725.1                                           DECLARATION OF ANDREA L. BROWN

I, Andrea L. Brown, hereby declare:

1. I am an active member of the State Bar of California and an attorney with Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Home Depot U.S.A., Inc. ("Home Depot") in this case. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. Plaintiffs have had ample opportunity to conduct discovery but chose to wait until three days before their Motion was due to issue document requests, the only discovery they have conducted thus far. Attached herein as Exhibit A is a true and accurate copy of Plaintiffs First Request For Documents dated November 3, 2009.

3. Attached herein as Exhibit B are true and accurate copies of testimony excerpts from the deposition of Kyle Diamond, taken in *Ahmed Elmaghraby v. Home Depot U.S.A., Inc.* (FLSA action) on March 26, 2009 ("Depo. I").

4. Attached herein as Exhibit C are true and accurate copies of testimony excerpts from the deposition of Kyle Diamond, taken in this matter on November 18, 2009 ("Depo. II").

5. Attached herein as Exhibit D are true and accurate copies of testimony excerpts from the deposition of Areceli Mendoza, taken in *Ahmed Elmaghraby v. Home Depot U.S.A., Inc.* (FLSA action) on February 22, 2009.

6. On September 28, 2009, Home Depot noticed Mendoza's deposition for several weeks later, on November 11. Only nine days before the deposition, on November 2, Plaintiffs' counsel informed Home Depot that Mendoza was not available on the noticed date. Home Depot offered several alternative dates for the deposition no avail. Finally on December 9, Plaintiffs noticed Home Depot that Mendoza would be unavailable <u>until after the holiday season</u>. Attached herein

///

OHS West:260795725.1                                      DECLARATION OF ANDREA L. BROWN

1  as Exhibit E are true and accurate copies of the Notice of Taking Deposition of
2  Plaintiff Araceli Mendoza and related correspondence.

3        7.    Plaintiffs' Counsel are counsel of record in *Novak v. Home Depot, U.S.A. Inc.* Civ. Action No. 06-cv-4841 (GEB) currently pending in the District of New Jersey. Home Depot produced documents in that matter pursuant to the Protective Order Regarding Confidentiality. Attached herein as Exhibit F is a true and correct copy of the Protective Order Regarding Confidentiality in force in the *Novak* matter.

9        8.    Plaintiffs' Counsel are counsel of record in *Aquilino v. Home Depot, U.S.A. Inc.* Civ. Action No. 04-cv-4100 (JAP) currently pending in the District of New Jersey. Home Depot produced documents in that matter pursuant to the Protective Order Regarding Confidentiality. Attached herein as Exhibit G is a true and correct copy of the Protective Order Regarding Confidentiality in force in the *Aquilino* matter.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

Executed the 28th day of December, 2009, in Sacramento, California.

/s/ Andrea L. Brown
Andrea L. Brown

OHS West:260795725.1

- 2 -

DECLARATION OF ANDREA L. BROWN