1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Telephone:  650-614-7400
   Facsimile:  650-614-7401
4
5  SARA E. DIONNE (STATE BAR NO. 221326)
   ANDREA L. BROWN (STATE BAR NO. 237629)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  400 Capitol Mall, Suite 3000
   Sacramento, CA 94815
7  Telephone:  1-916-329-7922
   Facsimile:  1-916-329-4900
8
9  Attorneys for Defendant
   HOME DEPOT, U.S.A., INC.
10
11              UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
13
   ARECELI MENDOZA and KYLE          CASE NO. CV 09-5843 SJO (JCx)
14 DIAMOND, individually and on behalf
   of themselves and all others similarly   **DECLARATION OF JOSEPH**
15 situated,,                        **BANAN**
16         Plaintiffs,               **DATE: JANUARY 11, 2010**
                                     **TIME:  10:00 A.M.**
17     v.                            **ROOM:  880**
18 HOME DEPOT, U.S.A., INC., a
   Delaware corporation, and DOES 1-50
19 inclusive,
20         Defendants.
21
22
23
24
25
26
27
28

OHS West:260778324.2

1          I, Joseph Banan, hereby declare and state as follows:

2          1.     I have personal knowledge of the matters contained in this

3   declaration, except where such facts are stated to be based on information and

4   belief, and those facts I believe to be true.  If called to testify to the matters set forth

5   in this declaration, I could do so competently.

6          2.     I understand that the Plaintiffs in this case are seeking to

7   represent other current and former Home Depot Assistant Store Managers,

8   including me.  I know that I would be eligible to participate as a member of the

9   class if this case is certified.  I understand that the lawyer who interviewed me and

10  assisted in preparing this declaration for me represents Home Depot and does not

11  represent my personal interests.  I am making this statement voluntarily and without

12  coercion.

13         3.     I started working at Home Depot in September 2002 as a part-

14  time associate in the Expo Design Center in Roseville, California.  Approximately

15  six to seven months later, I was promoted to department head.  During my tenure as

16  a department head, I supervised various departments at different times including,

17  kitchen, appliances, bath, and the trade desk.

18         4.     In September 2007, I was promoted to Merchandising Assistant

19  Store Manager ("ASM") of the Power Inn Home Depot store in Sacramento,

20  California.  In August 2009, I became a Specialty ASM.  I am still employed at the

21  Power Inn store.

22         5.     When I was first promoted to an ASM at the Power Inn store, I

23  was given Home Depot's SureStart manual.  I completed the self-paced training

24  within my first five weeks.

25         6.     The SureStart manual allotted a certain amount of time for each

26  module.  I spent less time on the modules on subjects I was familiar with from my

27  experience at Expo Design Center, such as safety.  However, I spent more time on

28

OHS West:260778324.2                          - 1 -                    DECLARATION OF JOSEPH BANAN

1  the modules that I was less familiar with like merchandising (which the Expo

2  Design Center did not focus on).

3          7.      When I was first promoted to ASM, I was assigned to supervise

4  the paint, electrical, and garden departments, and to supervise the 45 employees in

5  those departments.  I did not then attend training out of the store or in the store,

6  other than the module reviews.

7          8.      As an ASM, my primary duties are to supervise my employees;

8  evaluate, hire, fire and discipline employees; review reports and look for ways to

9  improve store performance; hold regular meetings with employees to set forth my

10  expectations; evaluate the store schedule for proper staffing levels; and generally

11  build relationships with customers and employees.

12          9.      When I was completing the self-paced SureStart training, I also

13  worked and performed the regular ASM duties as well.  Even though I was still

14  familiarizing myself with the store and the employees, I was constantly wearing my

15  manager hat and performing managerial duties for the majority of the time I was

16  working.

17          10.     For example, when I started as an ASM, I called a meeting with

18  my department heads to introduce myself, get acquainted with them, and set forth

19  my expectations as a manager.  At times, I worked along side associates to get

20  acquainted with them, but more importantly, I was assessing their strengths and

21  evaluating their performance while I was doing that, and that was my purpose.

22          11.     During those first five weeks, I estimate that I spent 60% of my

23  time performing ASM duties, and 40% of my time completing the SureStart

24  training.

25          12.     I estimate that during those first five weeks I worked

26  approximately 55 to 57 hours per week.

27          13.     After my fifth week as an ASM, I attended Home Depot's

28  SureStart classroom training in the Livermore regional office.  The training lasted

OHS West:260778324.2                          - 2 -                    DECLARATION OF JOSEPH BANAN

one week, Monday through Friday, from approximately 7 or 8 a.m. to about 4 or 5 p.m. each day. I received one hour for lunch and several rest breaks each day of training. I never attended several weeks of training in another store, or anything similar to that.

14.     As a Specialty ASM, one of the busiest seasons for my departments is just before the holiday season. Customers tend to remodel their homes, and purchase new cabinets and appliances in preparation of hosting holiday gatherings.

15.     For example, my store is currently advertising substantial discounts in preparation for the holiday season, with emphasis on our discounted appliances. In anticipation of the weekend, I held a meeting with my department heads to inform them of the discounts and the sales opportunities. In addition, I reviewed the schedule from Thursday through Sunday, when the store is likely to be the busiest, to ensure that the store is properly staffed.

16.     As an ASM, it is sometimes necessary for me to pitch in and perform "associate tasks" such as straightening shelves. However, I never spend more than 15 to 20% of my day on these tasks. Even when I pitch in, I am always setting an example as a manager. For example, when I straighten shelves with other associates, I am building relationships with them, and am also evaluating them as they work.

17.     I am usually scheduled to work five days per week for approximately 11 hours per day. This schedule includes my lunch break time. Depending on the day, I spend anywhere from 30 minutes to one hour on my lunch break. Some days I bring my lunch and eat in the store; other days, I may eat out.

18.     If I need to change my shift, I ask another ASM to trade shifts with me. If I am ill and cannot work, I notify my store manager. I have never been disciplined for leaving work early. I have never had my pay reduced for leaving

1 | work early.  I have never heard of any ASM's pay being reduced for absences or

2 | leaving work before his or her scheduled shift ends.

3 |       I certify under penalty of perjury that the foregoing is true and correct

4 | to the best of my knowledge, information, and belief.

5 |       Executed in Sacramento, California, _December 09_____, 2009.

7 |                           Joseph Banan