```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  1000 Marsh Road
    Menlo Park, CA  94025
 3  Telephone:  650-614-7400
    Facsimile:  650-614-7401
 4
    SARA E. DIONNE (STATE BAR NO. 221326)
 5  ANDREA L. BROWN (STATE BAR NO. 237629)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 6  400 Capitol Mall, Suite 3000
    Sacramento, CA 94815
 7  Telephone:  1-916-329-7922
    Facsimile:   1-916-329-4900
 8

 9  Attorneys for Defendant
    HOME DEPOT, U.S.A., INC.
10
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated,,<br><br>  Plaintiffs,<br><br>  v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive,<br><br>  Defendants. | CASE NO.  CV 09-5843 SJO (JCx)<br><br>**DECLARATION OF AVINASH MARAJ**<br><br>DATE: JANUARY 11, 2010<br>TIME: 10:00 A.M.<br>ROOM: 880 |

1    I, Avinash Maraj, declare as follows:

2    1. I have personal knowledge of the matters contained in this declaration, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called to testify to the matters set forth in this declaration, I could do so competently.

3    2. I understand that the Plaintiffs in this case are seeking to represent other current and former Home Depot Assistant Store Managers, including me. I know that I would be eligible to participate as a member of the class if this case is certified. I understand that the lawyer who interviewed me and assisted in preparing this declaration for me represents Home Depot and does not represent my personal interests. I am making this statement voluntarily and without coercion.

4    3. I am an Assistant Store Manager ("ASM") at the Home Depot store located in Marina Del Rey, California. As an ASM, I am responsible for running the Plumbing and the Kitchen and Bath departments.

5    4. I started working at the Marina Del Rey Home Depot in 2003 as a Sales Associate in the Plumbing Department. In 2005 I was promoted to Department Supervisor of the Kitchen and Bath Department at the Marina Del Rey location, and in 2007 I began supervising the Plumbing Department at that store as well. In October of 2008 I was promoted to Assistant Store Manager (ASM) at that store location. During my shifts I have been responsible for two Department Supervisors, in the Plumbing and Kitchen and Bath Departments, as well as every Sales Associate in the store. I am responsible for working with Sales Associates and Department Supervisors to improve customer service and resolve customer complaints, and I make frequent decisions about how products are merchandised. I frequently open and close the store, which involves deciding how to accomplish necessary tasks and assigning them to appropriate Sales Associates. I approve changes to the schedules of Associates, reviewed weekly time variance reports for Associates, and monitor the overtime hours of Associates and Supervisors. I also

1  review and sign off on many other reports that are essential to managing the store, and sign off on transactions that require a manager's signature. From the moment I was promoted to the position of ASM, I have acted as an ASM, and have been responsible for sales, operations, and the supervisions of department supervisors and associates. I am treated like a member of the ASM management team, not a rookie, and have had the same responsibilities as other ASMs.

5. When I was promoted to the position of ASM, I went to Home Depot's Orange Store Support Center in Orange County, California, for 5 days of training. This training course covered customer service, operating matters like Profit and Loss Reports and other department reports, and human resources and legal issues. This training lasted no more than 8 hours per day, and I was provided meal and rest breaks. After this training, I returned to my store, where I immediately acted as the ASM for the Plumbing and Kitchen and Bath Departments. For one month, I referred to the ASM SureStart Assistant Store Manager Guide, deciding when I would complete each section in the Guide, but I spent the majority of my time, definitely more than 50% of it, performing ASM duties. My duties while training with this manual did not differ from my duties after I finished using this manual.

6. From the time when I was first promoted to ASM, I managed the Sales Associates and Department Supervisors. I approve schedule changes and requests for days off, and I review time reports to monitor the amount of overtime that employees work. I permit employees to work overtime in order to provide quality customer service, but if employees state other reasons why they worked overtime that I determine are impermissible, I discuss the company's policy with them to ensure that they will not take impermissible overtime in the future. I determine when Associates should take rest or lunch breaks, ensure that they do so, and ensure that they do not take their breaks simultaneously. When I work a closing shift, I walk through the store with the Store Manager and we determine

- - 3 - -

1   closing tasks that need to be performed in relation to closing the store for the day. I
2   determine which Sales Associates are talented in certain areas, determined how to
3   accomplish the closing tasks, and assign them to Sales Associates as I think it
4   appropriate. I also create work lists for Sales Associates to complete work
5   throughout the day, and make certain that Sales Associates complete their assigned
6   tasks properly. Throughout the day, when I see Sales Associates standing together,
7   I address any questions that they may have been discussing and instruct them to
8   provide customers with service. I am also responsible for informing Sales
9   Associates and Department Supervisors in my departments of new company
10  policies that I learn about in management meetings.

11        7. When I was promoted to ASM, I immediately became responsible
12  for coordinating the training of employees through Internet-based training classes,
13  and while I was still using the SureStart Manual, I had the following experiences. I
14  mentored a Department Supervisor, providing him with my experience and
15  knowledge, and giving him constructive feedback. When I observed Sales
16  Associates providing quality customer service, I decided to issue them with "merit
17  badges" in recognition. I conducted meeting rallies when the store opened or
18  closed during my shift, during which I would review sales numbers with Associates
19  and tell them when they were doing a good job. Once, it was necessary for me to
20  resolve a personal dispute between two Sales Associates. I listened to each
21  Associate's version of events, discussed with one Associate why the other
22  Associate objected to his conduct, and determined that an appropriate resolution
23  would be to schedule the Associates differently. Both Associates currently work in
24  the same department without further conflict. Although an employee review cycle
25  did not occur while I was training with the SureStart Manual, I would have been
26  responsible for participating, and I have participated in employee reviews since
27  then.
28        8. Since I was promoted to ASM, I have been responsible for

- - 4 - -

reviewing reports that are critical to the management of the store. I review shrinkage reports, and in response I apply my own ideas for minimizing shrink, based on my experience working in that store. I review employee time reports and take steps to minimize overtime. I also review daily sales reports, Merchandising Statistics Reports, Open Tub Reports, Profit and Loss Reports, and Weekly Attendance Reports. I approve weekly markdown sheets, asset protection plans, shrink reports, markdowns, time slips, refunds, and price change take-in reports, as well as verify deposits.

9. I frequently apply my knowledge and experience to develop creative merchandising ideas to enhance marketing and sales of merchandise. For example, one end cap display that was in the store while I was training was for a water filtration system. I noticed that the sales statistics for water filtration systems were low, and I believed that many homeowners did not want to pay someone to install this system. I decided to move the display to a more visible location and revise the display to show customers how to install the system themselves. As a result, sales of this merchandise increased considerably. I routinely coach Sales Associates on how to sell merchandise, and listen to their ideas for how to sell merchandise differently. Sometimes I approve of and implement their ideas. I work closely with Associates and Department Supervisors to drive sales and increase profits at the store.

10. As an ASM, I am responsible for monitoring inventory levels, and obtaining more merchandise when necessary. I communicate with Inventory Management Associates and the Freight Team about the merchandise that I decide needs to be packed down, which means being brought from upper shelves onto the sales shelves, and I determine when will be the appropriate time to do this.

11. In order to ensure that customers are receiving quality service, I monitor the front end of the store to ensure that customers are receiving appropriate assistance. I determine how to resolve customer complaints, by providing

markdowns, refunds, or other appropriate solutions, and I research technical issues that the customer is having by working with manufacturers. For example, a customer may attempt to return a faulty water heater without a receipt, which entitles them to store credit, and because the water heater is no longer produced, the customer may be unsatisfied with the amount of store credit that they receive, which is less than the price of water heaters currently on sale. I frequently have to use my judgment and persuasion to maintain a positive relationship with the customer.

12. My schedule is normally 10 hours a day, 5 days a week. I rarely work longer than my scheduled shift, and only when I choose to do so. I have never been required to work a longer shift than I wanted to. I was told during training that I will not get in trouble if I leave work early, as long as I make arrangements for another ASM or the Store Manager to take responsibility for the store. I am not aware of any ASM being terminated simply for leaving the store before the end of his or her shift, and I have always been able to rearrange my schedule when I have needed to. My salary as an ASM has never been reduced because I left early, nor for any other reason.

13. I love my job and feel that I am a Manager. While the Store Manager is not in the store, I have authority over, and responsibility for, the entire store. I have occasionally assisted cashiers when the lines were long, in order to prevent customers from getting irritated. In my experience, when customers see an ASM standing near the front end they do not understand that I am a supervisor, and ask why more lines cannot be opened. I have only assisted with cashiering for brief periods of time, no longer than twenty minutes, and only when I felt it was necessary to manage customer service appropriately. I felt that I performed my job as a manager as soon as I began training as an ASM, because I had the same responsibilities as other ASMs.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on December __07__, 2009.

_____
Avinash Maraj

- - 7 - -

DECL. OF AVINASH MARAJ ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION