```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  1000 Marsh Road
    Menlo Park, CA 94025
 3  Telephone:  650-614-7400
    Facsimile:  650-614-7401
 4
    SARA E. DIONNE (STATE BAR NO. 221326)
 5  ANDREA L. BROWN (STATE BAR NO. 237629)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 6  400 Capitol Mall, Suite 3000
    Sacramento, CA 94815
 7  Telephone:  1-916-329-7922
    Facsimile:  1-916-329-4900
 8
                                                FILE BY FAX
 9  Attorneys for Defendant
    HOME DEPOT, U.S.A., INC.
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13
    ARECELI MENDOZA and KYLE       )   CASE NO. CV 09-5843 SJO (JCx)
14  DIAMOND, individually and on behalf
    of themselves and all others similarly   DECLARATION OF ART
15  situated,,                            MINER IN SUPPORT OF
                                           DEFENDANT HOME DEPOT'S
16            Plaintiffs,                  OPPOSITION TO PLAINTIFFS'
                                           MOTION FOR CLASS
17       v.                                CERTIFICATION
18  HOME DEPOT, U.S.A., INC., a       DATE: JANUARY 11, 2010
    Delaware corporation, and DOES 1-50  TIME: 10:00 A.M.
19  inclusive,                            ROOM: 880
20            Defendants.
21
```

OHS West:260791722.3

DECL. OF ART MINER ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Art Miner, declare as follows:

1. I have personal knowledge of the matters contained in this declaration, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called to testify to the matters set forth in this declaration, I could do so competently. I make this statement voluntarily and without coercion.

2. I am the Regional Learning Manager for Home Depot's Pacific North region, which includes 78 Home Depot stores located in Northern California. The California stores within the Pacific North region cover a vast area ranging from Monterrey in the south to Crescent City in the north. In my capacity as a Regional Training Manager, my duties include managing the training of assistant store managers ("ASMs") for the stores in my region. I have held this position since approximately May 2008. Prior to this position, I spent approximately four and one-half years as a Store Manager for Home Depot, during which time I worked in the Concord, San Ramon, and El Cerrito stores.

3. Home Depot is a "big box" retailer of building materials and home improvement products. California Home Depot stores are typically managed by one store manager and a varying number of ASMs. Depending upon a number of factors, including size of the store, hours of operation, sales volume, number of hourly associates, and level of experience of its salaried managers, a store may have between one to four Merchandising ASMs, in addition to a Specialty ASM and one or two Operations ASMs.

4. Merchandising ASMs in California are directly responsible for between two and six of Home Depot's departments including lumber, building materials, hardware, and plumbing. The duties performed by a Merchandising ASM in managing his/her departments vary depending on the unique circumstances of the ASM and his/her store, but often include (among others) interviewing, hiring, disciplining, staffing and training employees, directing and overseeing stocking,

checking inventory and ordering, evaluating departmental performance, controlling shrink (loss of inventory from all sources), overseeing safety and security, evaluating employee performance, and overseeing customer service.

5. Specialty ASMs in California perform many of the same duties as Merchandising ASMs but are directly responsible for specialty departments such as kitchen and bath, windows and doors, and flooring.

6. Operations ASMs in California are responsible for the store's back-end operations (*e.g.* receiving and freight teams) and front-end operations (*e.g.* cashiers, phone center, returns and special services), as well as ensuring proper store merchandising and optimizing the efficiency of all operational areas.

7. In my experience, the overwhelming majority of Home Depot ASMs in California are internal candidates who previously worked in another position at Home Depot. My best estimate based on my experience is that at least 95 percent of ASMs are internal candidates who are promoted up, often from a Department Supervisor position.

8. Initial training for California ASMs at Home Depot is currently referred to as "Sure Start." Sure Start is comprised of two key components: completion of the "Sure Start Self Paced Guide" (hereinafter referred to as the "Training Guide") and classroom training of some type.

9. The first component of Sure Start, completing the Training Guide, consists of performing various on-the-job activities contained in the Training Guide. These activities relate directly to the California ASM's managerial duties and include activities such as monitoring, coaching, and evaluating associates. For example, one activity in the Training Guide asks the ASM to select two associates to perform a role play about a sales situation, and then provide constructive feedback regarding effective behaviors and areas for improvement. Other activities include managerial duties such as working on labor management forecasts and schedules, and managing loss prevention issues such as shrink.

10. As the title of the Training Guide suggests, California ASMs move through the Training Guide at their own pace. Although specific activities in the Training Guide may reference time increments (*e.g.*, two hours), these references are merely guidelines. As a Regional Training Manager, I fully expect and understand that the time it takes an ASM to complete an activity in the Training Guide varies from one individual to the next. The references thus do not reflect the actual time it takes California ASMs to complete an activity, nor the average amount of time it takes a California ASM to complete an activity.

11. Throughout my tenure, I have found that the training of each individual California ASM is unique, and will vary from store to store, manager to manager, person to person. For example, the portion of the training that deals with the Training Guide should generally be completed within the ASM's first 90 days of employment as an ASM. I expect California ASMs to take anywhere between four to five weeks to complete the Training Guide, but ASMs vary widely in this regard for a number of reasons, including as a result of what they are doing at the time. Some move through the Training Guide in a very short period of time, while others take longer. For example, I am aware of some California ASMs that have completed the training in two weeks, whereas I know other California ASMs who have taken up to eight weeks.

12. California ASMs have freedom to pace themselves with regard to what portion of their time they spend on the Training Guide. When they are not working on their Training Guide, I expect that California ASMs perform the job duties they perform as an ASM, such as coaching associates, leading associate huddles, interviewing, and rating candidates for hire. I am aware that many California ASMs spend a minimal portion of their time per day on the Training Guide.

13. Most commonly, throughout my tenure at Home Depot, I have found that California ASMs vary the portion of time they spend on the Training

Guide as they move through Sure Start – *i.e.*, one shift they spend a good portion of their day going through the Training Guide and the next shift they do not spend any time on the Training Guide. The portion of time a California ASM spends on the Training Guide is affected by numerous variables, including the time, season, and day of the week of the ASM's shift; store activities; whether a sale or promotion is going on; the volume and pace of customers during a particular shift; the particular activity set forth in the Training Guide and where that activity is located; the store where the ASM is located; the Store Manager to whom the ASM reports, and the district leadership (including the District Human Resources Manager and District Manager) responsible for the ASM's store.

14.  Because the activities in the Training Guide so closely align with the California ASM's responsibilities, it is difficult to distinguish when an ASM is performing activities for the Training Guide and when s/he is performing typical management functions. For example, one activity in the Performance Management section of the Training Guide requires the ASM to share occasions of giving positive feedback to Department Supervisors. As an ASM, supervising and providing performance management for associates (including Department Supervisors) is a key managerial duty. Thus, the ASM does not need to do anything out of his/her ordinary managerial duties to complete this activity, other than to simply record that s/he has completed the task (a task that requires minimal time).

15.  Similarly, another activity in the Leadership and Team Essentials section of the Training Guide requires the ASM to interact with store associates and then share themes learned about the associates with other members of management. Again, interacting with personnel and fellow management is inherent in the ASM's supervisory duties. This Training Guide activity adds little (if anything) to the ASM's workload.

16.  The Loss Prevention section of the Training Guide contains still

additional examples of activities that are difficult to distinguish from an ASM's "regular" managerial duties. For example, activities in this section require an ASM to evaluate and analyze a Shrink Plan (an action plan addressing causal factors of loss in a store, implementing a corrective action plan for such loss, and monitoring compliance with such plan), and audit the Store Use Tool Program (which is a process to ensure product used in the store is properly accounted for) These activities are both duties ASMs perform in their "regular" course of managerial responsibilities, and do not add additional activities to their workload.

17. In my experience, California ASMs vary dramatically with regard to how they proceed with their training. This variation occurs for a number of reasons.

18. For example, as noted above, California ASMs are often internal candidates who were previously Department Supervisors. In such circumstances, the ASM will likely have general familiarity with activities in Training Guide. This is because, while a Department Supervisor's duties and expectations are distinct from an ASM, the associate still has a general understanding of Home Depot systems, processes, and expectations. Because of their general familiarity with activities in the Training Guide, internally promoted California ASMs (especially those who are promoted from the Department Supervisor position or were key carrier associates) tend to spend less time on activities in the Training Guide than other ASMs. This is especially true in the case where the internally promoted ASM remains in the store that s/he previously worked (as was the case with one of the ASMs who trained with me while I was a Store Manager).

19. Internally promoted ASMs, in my experience, also proceed with Training Guide activities alone, rather than in conjunction with a fellow manager, more frequently than external hires. This is because the internal candidates have previously worked in the store and have general familiarity with (among other things) where items are located, and processes and procedures used in the store. Of

course, individual experiences vary and depends on where the ASM previously worked, how long s/he was employed with Home Depot, and what were his/her prior duties. Individual experience also varies widely based on the availability, attitude, and cooperation of the ASM's fellow managers.

20.    In some cases, a Department Supervisor has passed the assessment to be promoted to a California ASM position and received his/her Training Guide in advance of his/her actual promotion to ASM. In this situation, the individual commences ASM duties by going through their Training Guide while the individual is still a Department Supervisor. Accordingly, in my experience, these individuals spend significantly less time than other ASMs on their Training Guide once they are promoted to the ASM position.

21.    Regardless of whether a California ASM is an external hire or internal candidate, ASM experience with the Training Guide also varies based on the individual's skill and expertise. Individuals who are new to the ASM position may bring a variety of experiences and skills to the job. These experiences and skills may give a particular ASM strengths in some areas of ASM responsibility and weaknesses in others. Depending on the individual, an ASM may move more slowly through their weak areas, and proceed more quickly through their strengths. Alternatively, depending on the ASM's personality and work style, another ASM may prefer to focus on the areas they are familiar and comfortable with, and resist or attempt to minimize work in the areas where they are less comfortable.

22.    California ASMs' experience with the Training Guide also varies based on the needs of the ASM's particular store. For example, ASMs in stores that are shorthanded with managers may find themselves thrown into their regular ASM duties, leaving less time to complete activities as set forth in the Training Guide.

23.    California ASMs also have different experiences with the Training Guide depending on where their store is located. For example, some

1  Home Depots, such as Crescent City, are located in remote locations without
2  another Home Depot store nearby. In this circumstance, the ASM does all of
3  his/her Training Guide activities at his/her own store. In my experience, this often
4  results in the ASM being entirely focused on his/her regular ASM duties and
5  having a more limited opportunity to do training activities. For example, many of
6  the activities set forth in the Training Guide occur on the salesfloor. Because the
7  associates reporting to the ASM are also on the salesfloor, ASMs in this situation
8  may get called upon to perform managerial functions outside of the specific duties
9  set forth in the Training Guide. Moreover, associates may be unaware that the
10 ASM is in training, resulting in frequent interruptions to the ASM's attempts to
11 complete training.

12         24.   In contrast to the experience of ASMs at remote locations,
13 California ASMs in locations with other Home Depot stores nearby may go to
14 another store for parts of their training. For example, if there is an especially strong
15 receiving department in a nearby location, the ASM may spend a few hours or a
16 day in the local store to compete his/her receiving activities. Each particular
17 individual's experience varies, however, based on which stores are nearby, the
18 strength of those stores' various departments in relation to the ASM's assigned
19 store, and the overlap of schedules and availability between the ASM and
20 individuals in the local store(s).

21         25.   California ASM experiences with the Training Guide also differ
22 by district. For example, human resources and Store Managers in the East Bay
23 district where I was previously a Store Manager made a specific effort to give
24 ASMs time to complete their training activities. This included, for example,
25 handing out Training Guides before handing out keys. (Of course, the ASM can
26 still be called upon to do numerous supervisory duties without keys.) In other
27 districts, however, keys and Training Guides are handed out to ASMs at the same
28 time.

26. California ASMs are permitted to proceed with the Training Guide in any order they choose. How they proceed is a matter of personal preference, and depends on the circumstances of the situation. For example, some ASMs prefer to go through the Training Guide from start to finish, while other ASMs prefer to pick and choose the activities as they go. If an ASM is working a short shift or only has a short period of time left on his/her shift, the ASM would likely select an activity that s/he can complete quickly or can complete in a piecemeal fashion (*i.e.*, start now and complete later).

27. Alternatively, a California ASM may select an activity in the Training Guide based on the particular management duty that the ASM is performing in the store. For example, if the ASM is conducting a security walk of the store, s/he may complete a Training Guide activity at the same time by brainstorming opportunities for improving security and formulating an action plan and the resources needed for these opportunities.

28. Further, in the event that the California ASM is assigned to go to a different Home Depot store for a component of his/her training, s/he would likely go through the activity in his/her Training Guide connected with the department s/he is travelling to.

29. How training is executed in the field is also affected significantly by the California ASM's Store Manager. How an ASM's Store Manager values the training program and therefore supports the ASM's participation in Training Guide activities directly affects the ASM's training experience. More critically, the needs of the business – *e.g.*, customer issues, associate issues, availability of other managers – directly affects each ASM's training experience. These factors are unique to the particular circumstances at a given store and department, with a given manager, and at a particular time.

30. In addition to completing the self-paced Training Guide, Sure Start also includes a classroom component. As a Regional Learning Manager, I am

1  responsible for the classroom component of Sure Start in my region. The
2  classroom component lasts five days over the course of a work week. The
3  classroom training lasts no more than eight hours per day, and the California ASMs
4  receive meal and rest breaks each day. Each Home Depot region runs separate
5  classroom training sessions.

6        31.    Through the classroom sessions that I organize, I have the
7  opportunity to meet new ASMs. I make a specific effort at these sessions to get
8  feedback from ASMs to assess how their training experience is going. When I first
9  became a Regional Training Manager approximately one and one-half years ago, I
10 commonly heard from California ASMs that they did not have an opportunity to
11 focus much at all on their training activities because they were thrown into other
12 managerial duties in the store. In fact, I estimate that at least 80 percent of the
13 ASMs going through training at the outset of my tenure as Regional Training
14 Manager indicated that they had insufficient time to complete training because they
15 were so focused on their regular managerial duties.

16       32.    Along these lines, as a Regional Training Manager, I learned
17 from one ASM training at the Tracy, California store that he was so consumed with
18 supervisory tasks that he had insufficient time to complete his Sure Start activities.
19 I also learned that whenever the ASM attempted to complete his Sure Start duties,
20 he was interrupted with other supervisory tasks. Ultimately, I spoke with human
21 resources at the ASM's store so he could complete his training.

22       33.    While I have tried during my tenure to reduce the number of
23 California ASMs who feel they have insufficient time to complete their training, I
24 understand that a significant portion of California ASMs are still thrown into the
25 supervisory duties, giving them little time to focus on the training activities set forth
26 in Sure Start.

27       34.    Home Depot has used Sure Start for California ASMs since
28 approximately September 2005. In 2006, the Company revised the Training Guide

to ensure the content of the Training Guide reflected current store policies.

35. Based on my prior position as a Store Manager, I am aware that Home Depot used a different training program for California ASMs prior to Sure Start. The old program was comprised of a number of binders setting forth various training activities. Like Sure Start, training under the old program was designed to be self paced and, as such, varied considerably from store to store, manager to manager, individual to individual. Beyond this similarity, however, the training programs are very different. For example, as discussed, Sure Start involves a week-long classroom component in addition to the self-paced activities. The old training program, on the other hand, was handled entirely on a local level. Additionally, the focus of the old training program differed from Sure Start. Specifically, the old training program focused on operations and merchandizing functions in the store. Today, Sure Start training is broader in focus, including, for example, human resource functions.

36. The Sure Start classroom component takes place once a quarter. Some California ASMs attend right after promotion, and before beginning ASM duties in the store, while others have been performing ASM duties in their stores for several months.

37. I have reviewed the declaration of Olimpio Lee Squitieri filed in support of plaintiffs' Motion for Class Certification, and the exhibits thereto. The only training documents attached to Mr. Squitieri's declaration are Exhibit G, which is an excerpt from the old training guide, and Exhibit H, which is the cover letter in the old training guide. As indicated above, this guide has not been used by Home Depot for California ASMs since September 2005 and differed significantly from Sure Start.

38. Individual experiences in training vary so greatly, one would need to inquire with each California ASM to determine if and when they went through Sure Start and how much time they actually spent working on the Training

DECL. OF ART MINER ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Guide.

39. In my experience, the typical schedule for California ASMs after the training period is 11 hours a day, five days a week. However, this is merely a guideline and ASMs do not punch a timeclock. They certainly can and do work more or less hours than the "typical schedule." ASMs' pay is not affected by working more or less hours than the "typical schedule."

40. In my six years in a managerial capacity at Home Depot, I have never observed or learned of any ASM being fired for leaving work early. To the contrary, in my experience, ASMs simply need to complete their work duties. If they finish early, they are free to leave early upon coordinating with their fellow managers or Store Manager to ensure proper managerial coverage. As far as I am aware, it is not Home Depot's policy to fire someone for leaving early.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2009.

_____
Art Miner