1  MARK J. TAMBLYN (STATE BAR NO. 179272)
   IAN J. BARLOW (STATE BAR NO. 262213)
2  **WEXLER WALLACE LLP**
   455 Capitol Mall, Suite 231
3  Sacramento, California  95814
   Telephone:  916-492-1100
4  Facsimile:   916-492-1124

5  [Additional Counsel Listed on Signature Page]

6  Attorneys for *Plaintiffs*

7  LYNNE C. HERMLE (STATE BAR NO. 99779)
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
8  1000 Marsh Road
   Menlo Park, CA  94025
9  Telephone:  650-614-7400
   Facsimile:   650-614-7401

10

11 [Additional Counsel Listed on Signature Page]

12 Attorneys for *Defendant*
   HOME DEPOT, U.S.A., INC.

13
                   UNITED STATES DISTRICT COURT
14
                  CENTRAL DISTRICT OF CALIFORNIA
15

16 | ARECELI MENDOZA and KYLE DIAMOND, individually and on behalf of themselves and all others similarly situated, | CASE NO.  CV 09-5843 SJO (JCx) |
|---|---|
| Plaintiffs, | **ORDER RE STIPULATION AND PROTECTIVE ORDER RE USE OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |
| v. | |
| HOME DEPOT, U.S.A., INC., a Delaware corporation, and DOES 1-50 inclusive, | |
| Defendants. | |

OHS West:260758226.1

# **ORDER**

Pursuant to Stipulation, the use of confidential documents and information in this matter is governed by the Protective Order.

Dated: January 14, 2010

_____/s/_____
Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE